No. 935, Misc.   CULOTTA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Robert S. Rifkind* for petitioner. *Solicitor General Griswold* for the United States. ■

No. 951, Misc.   ANTHONY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States. ■

No. 966, Misc.   GIBSON *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.   *James E. Kennedy* for respondent. ■

No. 967, Misc.   WEBB *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.   *Ernest E. Figari, Jr.,* for petitioner.   *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Robert C. Flowers* and *Gilbert J. Pena,* Assistant Attorneys General, for respondent. ■

No. 968, Misc.   RONSTADT *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 972, Misc.   KELLEY *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 973, Misc.   JOHNSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States. ■